## MILLER et al. v. BROWN SHIP-BUILDING CO.

No. 12097.

Circuit Court of Appeals, Fifth Circuit.

Jan. 27, 1948.

Chris Dixie, of Houston, Tex., for appellants.

J. A. Rauhut, of Austin, Tex., and C. E. Bryson, Brian S. Odem, U. S. Atty., and W. F. Lehigh, Asst. U. S. Atty., all of Houston, Tex., for appellee. Contra.

Before SIBLEY, WALLER, and LEE, Circuit Judges.

PER CURIAM.

Jurisdiction of a federal district court is not presumed, and the complaint must, as against a motion to dismiss for want of jurisdiction, allege facts showing jurisdiction. The complaint here does not with sufficient clearness show what the controversy is and that the court has jurisdiction over it. The judgment of dismissal for this cause is affirmed.